UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FRANK P DRUKAS | § | Case No. 12-25021 |
| MAUREEN A. DRUKAS | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Automotive Financing P.O. Box 380901 Bloomington, MN 55438 | | | | | |
| | Chase Home Finance Attn: Customer Care Research Mail Code: OH4-7302 P.O. Box 24696 Columbus, OH 43224-0696 | | | | | |
| | First Eagle Bank 1201 W. Madison St. Chicago, IL 60607 | | | | | |
| | ING Bank, FSB P.O. Box 60 St. Could, MN 56302-0060 | | | | | |
| | OneWest Bank, FSB P.O. Box 7056 Pasadena, CA 91109-9699 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| Congressional Bank | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Express P.O. Box 981537 El Paso, TX 79998 |  |  |  |  |  |
|  | Chase Credit Card Card Services P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase Credit Card Card Services P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | First Eagle Bank 1201 W. Madison St. Chicago, IL 60607 |  |  |  |  |  |
|  | Marvin Scott 1305 Regent Ct. Northbrook, IL 60062 |  |  |  |  |  |
|  | Servicemaster c/o VVV Corporation 2400 Wisconsin Ave. Downers Grove, IL 60515 |  |  |  |  |  |
|  | Shapiro-Drukas, LLC 965 Villas Ct. Highland Park, IL 60035 |  |  |  |  |  |
|  | Shapiro-Drukas-CL, LLC 965 Villas Ct. Highland Park, IL 60035 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SSI-Drukas Dana Park IV, LLC 965 Villas Ct. Highland Park, IL 60035 | | | | | |
| | SSI-Drukas, LLC 965 Villas Ct. Highland Park, IL 60035 | | | | | |
| | Travis Nelson c/o Kirkland & Ellis, LLP 950 Page Mill Rd. Palo Alto, CA 94304 | | | | | |
| 2 | American Express Centurion Bank | | | | | |
| 1 | Fsb American Express Bank | | | | | |
| 3 | N. A. Chase Bank Usa | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-25021 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | FRANK P DRUKAS | | | | Date Filed (f) or Converted (c): | 06/21/2012 (f) |
| | MAUREEN A. DRUKAS | | | | 341(a) Meeting Date: | 09/11/2012 |
| For Period Ending: | 10/24/2013 | | | | Claims Bar Date: | 08/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Single-Family Rental Property 1220 Hea | 725,700.00 | 725,700.00 | | 0.00 | 725,700.00 |
| 2. Residential Single-Family Rental Property 730 N. C | 831,600.00 | 831,600.00 | | 0.00 | 831,600.00 |
| 3. Cash on hand Principal Residence | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 4. Checking Account # 3191682867 Wells Fargo - Clark, | 588.00 | 588.00 | | 605.73 | 0.00 |
| 5. Checking Account # 3191682859 Wells Fargo - Clark, | 1,258.00 | 0.00 | | 1,464.33 | 0.00 |
| 6. Checking Account # 3191683048 Wells Fargo - Clark, | 7,489.90 | 4,747.90 | | 3,356.07 | 1,391.83 |
| 7. Misc HHG, no item over $400 Debtors' Principal Res | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 8. Miscellaneous Books and Pictures Debtors' Principa | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Debtors' Clothes and Other Apparel Debtors' Princi | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 10. Wedding Ring & Emerald Necklace Debtors' Principal | 5,835.00 | 1,835.00 | | 0.00 | 1,835.00 |
| 11. Hand Gun & Golf Clubs Debtors' Principal Residence | 500.00 | 500.00 | | 0.00 | 500.00 |
| 12. Term Life Insurance Policy - American General Life | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. IRA Franklin Templeton Investments | 26,037.00 | 0.00 | | 0.00 | 0.00 |
| 14. 401(k) Vanguard | 52,550.00 | 0.00 | | 0.00 | 0.00 |
| 15. 23% Membership in Dana Park, LLC Oak Brook, Illino | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. 25% Membership Interest in Energy Impact, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. 100% interest in Agility Management Resources, Inc | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2008 Ford Escape Debtors' Principal Residence | 8,500.00 | 6,100.00 | | 0.00 | 6,100.00 |
| 19. 2009 Cadillac CTS Debtors' Principal Residence | 16,500.00 | 2,517.00 | | 0.00 | 2,517.00 |
| 20. Rents from Heatherton property (u) | 0.00 | 7,000.00 | | 3,500.00 | 3,500.00 |
| 21. Checking acct ending in 3445 at Wells Fargo (u) | 0.00 | 460.80 | | 460.80 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,686,257.90 | $1,588,548.70 | $9,386.93 | $1,580,643.83 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/15/2013      Current Projected Date of Final Report (TFR): 04/15/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-25021 | Trustee Name: DAVID R. BROWN |
| Case Name: FRANK P DRUKAS | Bank Name: Congressional Bank |
| MAUREEN A. DRUKAS | Account Number/CD#: XXXXXX7946 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0114 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/24/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/12 | 6 | WELLS FARGO BANK, NA<br>PO Box 5110MAC N9777-016Sioux Falls, SD 57117-5110 | | 1129-000 | $3,356.07 | | $3,356.07 |
| 08/07/12 | 21 | WELLS FARGO BANK, NA<br>Po Box 5110MAC N9777-016Sioux Falls, SD 57117-5110 | | 1129-000 | $460.80 | | $3,816.87 |
| 08/07/12 | 20 | LUMETTA, SAMMY C.<br>Shiella Razon-Lumetta1220 HeathertonNaperville, IL 60563 | | 1122-000 | $3,500.00 | | $7,316.87 |
| 08/07/12 | 5 | WELLS FARGO BANK, NA<br>PO Box 5110MAC N9777-016Sioux Falls, SD 57117-5110 | | 1129-000 | $1,464.33 | | $8,781.20 |
| 08/07/12 | 4 | WELLS FARGO BANK, N.A.<br>PO Box 5110MAC N9777-016Sioux Falls, SD 57117-5110 | | 1129-000 | $605.73 | | $9,386.93 |
| 02/13/13 | 101 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>Mew Orleans, IL 70139 | bond no. 016026455 | 2300-000 | | $8.00 | $9,378.93 |
| 03/08/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | | $9,378.93 |
| 03/08/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $10.00 | $9,368.93 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $10.00 | $9,358.93 |
| 05/09/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | | 2600-000 | | $10.00 | $9,348.93 |
| 05/22/13 | | Transfer to Acct # xxxxxx7401 | Transfer of Funds | 9999-000 | | $9,348.93 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,386.93 | $9,386.93 |
| Less: Bank Transfers/CD's | $0.00 | $9,348.93 |
| Page Subtotals: | $9,386.93 | $9,386.93 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

|  |  |  |
|---|---:|---:|
| Subtotal | $9,386.93 | $38.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,386.93 | $38.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-25021 | Trustee Name: DAVID R. BROWN | |
| Case Name: FRANK P DRUKAS | Bank Name: The Bank of New York Mellon | |
| MAUREEN A. DRUKAS | Account Number/CD#: XXXXXX7401 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0114 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/24/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx7946 | Transfer of Funds | 9999-000 | $9,348.93 | | $9,348.93 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,338.93 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.44 | $9,325.49 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.86 | $9,311.63 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.84 | $9,297.79 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.38 | $9,284.41 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,348.93 | $64.52 |
| Less: Bank Transfers/CD's | $9,348.93 | $0.00 |
| Subtotal | $0.00 | $64.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $64.52 |

Page Subtotals: $9,348.93  $64.52

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX7401 - Checking | $0.00 | $64.52 | $9,284.41 |
| XXXXXX7946 - Checking Account | $9,386.93 | $38.00 | $0.00 |
|  | $9,386.93 | $102.52 | $9,284.41 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---:|
| Total Net Deposits: | $9,386.93 |
| Total Gross Receipts: | $9,386.93 |

Page Subtotals:   $0.00   $0.00