UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRANK P DRUKAS | § | Case No. 12-25021 |
| MAUREEN A. DRUKAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/20/13 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, Illinois 60187

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____    By: _____

DAVID R. BROWN
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRANK P DRUKAS | § | Case No. 12-25021 |
| MAUREEN A. DRUKAS | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,386.93 |
| and approved disbursements of | $ | 116.32 |
| leaving a balance on hand of[1] | $ | 9,270.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,688.69 | $ 0.00 | $ 1,688.69 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,688.69 |
| Remaining Balance | $ 7,581.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,567.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fsb American Express Bank | $ 1,200.61 | $ 0.00 | $ 1,200.61 |
| 2 | American Express Centurion Bank | $ 4,366.98 | $ 0.00 | $ 4,366.98 |

Total to be paid to timely general unsecured creditors      $      5,567.59

Remaining Balance      $      2,014.33

Tardily filed claims of general (unsecured) creditors totaling $ 7,815.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 26.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | N. A. Chase Bank Usa | $ 7,815.79 | $ 0.00 | $ 2,041.51 |

Total to be paid to tardy general unsecured creditors      $      2,041.51

Remaining Balance      $      -27.18

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-25021-DRC
Frank P Drukas                                                      Chapter 7
Maureen A. Drukas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams            Page 1 of 2              Date Rcvd: Dec 03, 2013
                              Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2013.
```
db/jdb       +Frank P Drukas,    Maureen A. Drukas,    873 Stacy Pl.,    Rahway, NJ 07065-2126
19062821     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
20737149    +++American Express Bank, FSB,    Becket and Lee LLP,    attorneys/agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
20842005    +++American Express Centurion Bank,    Attorneys/Agent for Creditor,    Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
19062828    +++Capital One NA,    PO Box 17000,    Baltimore, MD 21297-1000
20986518    +++Chase Bank USA NA,    Michael Rusin,    600 Business Center Dr,    Heathrow, FL 32746-5583
19062822     +Chase Credit Card,    Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
19062824      Chase Home Finance,    Attn: Customer Care Research,    Mail Code: OH4-7302,    P.O. Box 24696,
               Columbus, OH 43224-0696
19062825     +Dana Park, LLC,    c/o Statewide Properties, Inc.,    5007 N. University,    Peoria, IL 61614-4714
19062826     +First Eagle Bank,    1201 W. Madison St.,    Chicago, IL 60607-1907
19062830     +OneWest Bank, FSB,    P.O. Box 7056,    Pasadena, CA 91109-7056
19062835     +SSI-Drukas Dana Park IV, LLC,    965 Villas Ct.,    Highland Park, IL 60035-3703
19062836     +SSI-Drukas, LLC,    965 Villas Ct.,    Highland Park, IL 60035-3703
19062832     +Servicemaster,    c/o VVV Corporation,    2400 Wisconsin Ave.,    Downers Grove, IL 60515-4019
19062833     +Shapiro-Drukas, LLC,    965 Villas Ct.,    Highland Park, IL 60035-3703
19062834     +Shapiro-Drukas-CL, LLC,    965 Villas Ct.,    Highland Park, IL 60035-3703
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19062820     +E-mail/Text: ally@ebn.phinsolutions.com Dec 04 2013 02:07:32      Ally Automotive Financing,
               P.O. Box 380901,    Bloomington, MN 55438-0901
19081990      E-mail/Text: ECF@SHERMETA.COM Dec 04 2013 02:14:56      JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19062823*    +Chase Credit Card,    Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
19062827*    +First Eagle Bank,    1201 W. Madison St.,    Chicago, IL 60607-1907
19062829    ##+Marvin Scott,    1305 Regent Ct.,    Northbrook, IL 60062-4240
19062831    ##+Sam Lumetta and Shiela Lumetta,    1220 Heatherton,    Naperville, IL 60563-2229
19062837    ##+Travis Nelson,    c/o Kirkland & Ellis, LLP,    950 Page Mill Rd.,    Palo Alto, CA 94304-1012
                                                                                              TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2013 at the address(es) listed below:
```
              David R Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Monette W Cope    on behalf of Creditor   ING BANK, FSB ecfnil@weltman.com
              Patrick J Loftus    on behalf of Debtor Frank P Drukas patrick@loftus-law.com
              Patrick J Loftus    on behalf of Joint Debtor Maureen A. Drukas patrick@loftus-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor   HSBC Bank USA, National Association
               timothyy@nevellaw.com
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                   Date Rcvd: Dec 03, 2013
                              Form ID: pdf006              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
                                                                                                      TOTAL: 7
```