UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: DRUKAS, FRANK P. | § | Case No. 12-25021 |
| | § | |
| DRUKAS, MAUREEN A. | § | |
| | § | |
| Debtor(s) | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,676,922.00 | Assets Exempt: | $99,175.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,568.58 | Claims Discharged Without Payment: | $5,814.80 |
| Total Expenses of Administration: | $1,818.35 | | |

    3) Total gross receipts of $9,386.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,386.93 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,688.69 | $1,845.87 | $1,845.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $13,383.38 | $13,383.38 | $7,568.58 |
| **TOTAL DISBURSEMENTS** | $0.00 | $15,072.07 | $15,229.25 | $9,414.45 |

4) This case was originally filed under chapter 7 on 06/21/2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2015    By: /s/ David R. Brown
                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rents from Heatherton property | 1122-000 | $3,500.00 |
| Checking Account # 3191683048 Wells Fargo - Clar | 1129-000 | $3,356.07 |
| Checking Account # 3191682867 Wells Fargo - Clar | 1129-000 | $605.73 |
| Checking acct ending in 3445 at Wells Fargo | 1129-000 | $460.80 |
| Checking Account # 3191682859 Wells Fargo - Clar | 1129-000 | $1,464.33 |
| **TOTAL GROSS RECEIPTS** | | **$9,386.93** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | $1,688.69 | $1,688.69 | $1,688.69 |
| International Sureties, Ltd. | 2300-000 | NA | NA | $8.00 | $8.00 |
| The Bank of New York Mellon | 2600-000 | NA | NA | $105.42 | $105.42 |
| Congressional Bank | 2600-000 | NA | NA | $30.00 | $30.00 |
| Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) Reversal bank reversed charge | 2600-000 | NA | NA | $13.76 | $13.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $0.00 | $1,688.69 | $1,845.87 | $1,845.87 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fsb American Express Bank | 7100-000 | $0.00 | $1,200.61 | $1,200.61 | $1,200.61 |
| 2 | American Express Centurion Bank | 7100-000 | $0.00 | $4,366.98 | $4,366.98 | $4,366.98 |
| 3 | N. A. Chase Bank Usa | 7200-000 | $0.00 | $7,815.79 | $7,815.79 | $2,000.99 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$13,383.38** | **$13,383.38** | **$7,568.58** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 12-25021
**Case Name:** DRUKAS, FRANK P.
DRUKAS, MAUREEN A.

**For Period Ending:** 09/28/2015

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 06/21/2012 (f)
**§ 341(a) Meeting Date:** 09/11/2012
**Claims Bar Date:** 08/15/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential Single-Family Rental Property 1220 H | 725,700.00 | 725,700.00 | OA | 0.00 | FA |
| 2 | Residential Single-Family Rental Property 730 N. | 831,600.00 | 831,600.00 | OA | 0.00 | FA |
| 3 | Cash on hand Principal Residence | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 4 | Checking Account # 3191682867 Wells Fargo - Clar | 588.00 | 588.00 | | 605.73 | FA |
| 5 | Checking Account # 3191682859 Wells Fargo - Clar | 1,258.00 | 0.00 | | 1,464.33 | FA |
| 6 | Checking Account # 3191683048 Wells Fargo - Clar | 7,489.90 | 4,747.90 | | 3,356.07 | FA |
| 7 | Misc HHG, no item over $400 Debtors' Principal R | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| 8 | Miscellaneous Books and Pictures Debtors' Princi | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | Debtors' Clothes and Other Apparel Debtors' Prin | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 10 | Wedding Ring & Emerald Necklace Debtors' Princip | 5,835.00 | 1,835.00 | OA | 0.00 | FA |
| 11 | Hand Gun & Golf Clubs Debtors' Principal Residen | 500.00 | 500.00 | OA | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 12-25021
**Case Name:** DRUKAS, FRANK P.
DRUKAS, MAUREEN A.
**For Period Ending:** 09/28/2015

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 06/21/2012 (f)
**§ 341(a) Meeting Date:** 09/11/2012
**Claims Bar Date:** 08/15/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Term Life Insurance Policy - American General Li | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | IRA Franklin Templeton Investments | 26,037.00 | 0.00 | OA | 0.00 | FA |
| 14 | 401(k) Vanguard | 52,550.00 | 0.00 | OA | 0.00 | FA |
| 15 | 23% Membership in Dana Park, LLC Oak Brook, Illi | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | 25% Membership Interest in Energy Impact, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | 100% interest in Agility Management Resources, I | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | 2008 Ford Escape Debtors' Principal Residence | 8,500.00 | 6,100.00 | OA | 0.00 | FA |
| 19 | 2009 Cadillac CTS Debtors' Principal Residence | 16,500.00 | 2,517.00 | OA | 0.00 | FA |
| 20 | Rents from Heatherton property | 0.00 | 7,000.00 | | 3,500.00 | FA |
| 21 | Checking acct ending in 3445 at Wells Fargo | 0.00 | 460.80 | | 460.80 | FA |
| 22 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets      Totals**      (Excluding unknown values) | **$1,686,257.90** | **$1,588,548.70** | | **$9,386.93** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| | |
|---|---|
| **Case No.:** 12-25021 | **Trustee Name:** (330580) David R. Brown |
| **Case Name:** DRUKAS, FRANK P. <br> DRUKAS, MAUREEN A. | **Date Filed (f) or Converted (c):** 06/21/2012 (f) |
| | **§ 341(a) Meeting Date:** 09/11/2012 |
| **For Period Ending:** 09/28/2015 | **Claims Bar Date:** 08/15/2013 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     04/15/2013     **Current Projected Date Of Final Report (TFR):**     09/17/2013

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-25021 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DRUKAS, FRANK P. / DRUKAS, MAUREEN A. | Bank Name: | Congressional Bank |
| Taxpayer ID #: | **-***0114 | Account #: | ******7946 Checking Account |
| For Period Ending: | 09/28/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/2012 | {6} | WELLS FARGO BANK, NA | | 1129-000 | 3,356.07 | | 3,356.07 |
| 08/07/2012 | {21} | WELLS FARGO BANK, NA | | 1129-000 | 460.80 | | 3,816.87 |
| 08/07/2012 | {20} | LUMETTA, SAMMY C. | | 1122-000 | 3,500.00 | | 7,316.87 |
| 08/07/2012 | {5} | WELLS FARGO BANK, NA | | 1129-000 | 1,464.33 | | 8,781.20 |
| 08/07/2012 | {4} | WELLS FARGO BANK, N.A. | | 1129-000 | 605.73 | | 9,386.93 |
| 02/13/2013 | 101 | International Sureties, Ltd. | bond no. 016026455 | 2300-000 | | 8.00 | 9,378.93 |
| 03/08/2013 | | Congressional Bank | service charge | 2600-000 | | 0.00 | 9,378.93 |
| 03/08/2013 | | Congressional Bank | service charge | 2600-000 | | 10.00 | 9,368.93 |
| 04/22/2013 | | Congressional Bank | service charge | 2600-000 | | 10.00 | 9,358.93 |
| 05/09/2013 | | Congressional Bank | | 2600-000 | | 10.00 | 9,348.93 |
| 05/22/2013 | | Transfer to Acct # xxxxxx7401 | Transfer of Funds | 9999-000 | | 9,348.93 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | |                                      | | |
|---|---|---|---|---|
| **Case No.:** | 12-25021 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | DRUKAS, FRANK P. <br> DRUKAS, MAUREEN A. | **Bank Name:** | Congressional Bank | |
| **Taxpayer ID #:** | **-***0114 | **Account #:** | ******7946 Checking Account | |
| **For Period Ending:** | 09/28/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 9,386.93 | 9,386.93 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 9,348.93 | |
| | | | **Subtotal** | | 9,386.93 | 38.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,386.93** | **$38.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                        ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-25021 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DRUKAS, FRANK P.<br>DRUKAS, MAUREEN A. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0114 | Account #: | **********6301 Checking |
| For Period Ending: | 09/28/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

(No transactions on file for this period)

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 12-25021 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DRUKAS, FRANK P. / DRUKAS, MAUREEN A. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0114 | Account #: | **********7401 Checking |
| For Period Ending: | 09/28/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/22/2013 | | Transfer from Acct # xxxxxx7946 | Transfer of Funds | 9999-000 | 9,348.93 | | 9,348.93 |
| 06/07/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 9,338.93 |
| 07/08/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.44 | 9,325.49 |
| 08/07/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.86 | 9,311.63 |
| 09/09/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.84 | 9,297.79 |
| 10/07/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.38 | 9,284.41 |
| 11/07/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.80 | 9,270.61 |
| 12/06/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.34 | 9,257.27 |
| 12/23/2013 | 3001 | DAVID R. BROWN | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 1,688.69 | 7,568.58 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-25021 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DRUKAS, FRANK P. / DRUKAS, MAUREEN A. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0114 | Account #: | **********7401 Checking |
| For Period Ending: | 09/28/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/23/2013 | 3002 | Fsb American Express Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | 1,200.61 | 6,367.97 |
| 12/23/2013 | 3003 | American Express Centurion Bank | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | 4,366.98 | 2,000.99 |
| 12/23/2013 | 3004 | N. A. Chase Bank Usa | Final distribution to claim 3 representing a payment of 25.60 % per court order. | 7200-000 | | 2,000.99 | 0.00 |
| 01/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.76 | -13.76 |
| 03/13/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) Reversal bank reversed charge | 2600-000 | | -13.76 | 0.00 |
| | | | **COLUMN TOTALS** | | 9,348.93 | 9,348.93 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 9,348.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,348.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,348.93** | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-25021 |
| **Case Name:** | DRUKAS, FRANK P. DRUKAS, MAUREEN A. |
| **Taxpayer ID #:** | \*\*-\*\*\*0114 |
| **For Period Ending:** | 09/28/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | \*\*\*\*\*\*\*\*\*\*7401 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*7946 Checking Account | $9,386.93 | $38.00 | $0.00 |
| \*\*\*\*\*\*\*\*\*\*6301 Checking | $0.00 | $0.00 | $0.00 |
| \*\*\*\*\*\*\*\*\*\*7401 Checking | $0.00 | $9,348.93 | $0.00 |
| | **$9,386.93** | **$9,386.93** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**